

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2016

No. 04-16-00440-CV

Samuel C. **PERKINS**,
Appellant

v.

Barbara J. **PETITE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI02994
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The clerk's record has not been filed in this case, but according to this court's records and Appellant's notice of appeal, the trial court signed the complained of judgment on April 25, 2016. Appellant's notice of appeal was due on May 25, 2016. *See* TEX. R. APP. P. 26.1. A motion for extension of time was due not later than June 9, 2016. *See id.* R. 26.3.

Appellant filed a notice of appeal on June 30, 2016, twenty-one days after the last day to file a motion for extension of time to file a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

Appellant's notice of appeal appears to be untimely. We ORDER Appellant to SHOW CAUSE in writing within TWENTY-ONE days of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt*, 959 S.W.2d at 617 ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2016.



_____
Keith E. Hottle
Clerk of Court